# Notice of Manual Submission