UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL SCHMIDT | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 2:16-CV-15902 |
| | * | |
| SHERIFF BRETT STASSI, | * | SECTION: "I" |
| MAJOR RONALD | * | |
| HEBERT, DET. RODIE SANCHEZ, | * | |
| DET. AUBREY ST. ANGELO, | * | |
| DET. LESLIE BRADFORD, AND | * | |
| DET. LORI MORGAN | * | |

****************************************

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

NOW COMES, through undersigned counsel, Plaintiff, Michael Schmidt, who, pursuant to the provisions of Rule 78.1 of the Uniform Local Rules for the United States District Court for the Eastern District of Louisiana, requests oral argument on Plaintiff's Motion for Summary Judgment as to All Defendants.

Respectfully submitted,

/s/ Eddie J. Jordan, Jr.
**EDDIE J. JORDAN, JR. (#01450)**
ejordanofnwrlns@yahoo.com
**ANTHONY J. IBERT (#26661)**
anthonyibert@jclawrence.com
**JAMES C. LAWRENCE, JR. (#8142)**
jameslawrence@jclawrence.com
**ANDREW A. LEMESHEWSKY, JR. (#8302)**

303 South Broad Street
New Orleans, LA 70119
Telephone: (504) 822-1359
Facsimile: (504) 822-3861
Attorneys for Plaintiff Michael Schmidt

## CERTIFICATE OF SERVICE

 I do hereby certify that on this 24th day of February, 2017, a copy of the foregoing was sent to counsel for all parties via email.

       **/s/Eddie J. Jordan, Jr.**
       **EDDIE J. JORDAN, JR.**